

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00636-CV

Kevin W. **LILES**, Bryan K. Harris, Stuart R. White, James L. Ray, and Kyle D. Giacco,
Appellants

v.

Maria Isabel Serna **CONTRERAS** as Next Friend and Guardian of Samara Isabella Morales
Serna and Samantha Isabel Morales Serna, Minor Children,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's sanctions order is AFFIRMED. The trial court's order denying appellees', Maria Isabel Serna Contreras as Next Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, request for access to the *in camera* documents is AFFIRMED as the matter is moot or any error was harmless. Additionally, the motion for access to the record, which was carried with the appeal, is DENIED AS MOOT, and the October 3, 2016 temporary stay is LIFTED.

We order that appellees, Maria Isabel Serna Contreras as Next Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, recover their costs of appeal, if any, from appellants, Kevin W. Liles, Bryan K. Harris, Stuart R. White, James L. Ray, and Kyle D. Giacco,

SIGNED March 21, 2018.

Marialyn Barnard, Justice